IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHARLES ANTHONY GREENE,<br><br>Defendant. | ORDER DIRECTING BRIEFING FROM THE UNITED STATES<br><br><br><br>Case No. 2:04-CR-00821 PGC |

On March 30, 2006, defendant Charles Greene filed a motion to clarify his sentence (docket # 22). He asks the court to clarify which of the following is the correct start date of his sentence: October 15, 2004; December 8, 2004; or January 20, 2005. The court hereby ORDERS the government to respond within forty-five (45) days of the date of this order and present its argument as to which of these dates is the appropriate start date for Mr. Greene's sentence.

DATED this 6th day of April, 2006.

BY THE COURT:

_____
Paul G. Cassell
United States District Judge